IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

V.   Case No. 3:08-cr-00268-B-4
(BOYLE)

ISRAEL VASQUEZ,

DEFENDANT

**MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JANE J. BOYLE:

The Defendant in the above styled and numbered cause, Michael J. Todd, under Rule 57.12 of the Local Criminal Rules for the Northern District of Texas, respectfully moves the Court for an order permitting Michael J. Todd to withdraw as attorney of record. In support of this motion, Michael J. Todd, would show the Court as follows:

Movant is attorney of record for Israel Vasquez, and was employed to represent Defendant. Good cause to withdraw exists since Counsel has not had contact with the Defendant since September of 2010. All known phone numbers for Defendant are not valid and his whereabouts are currently unknown.

The Defendant will not be prejudiced if counsel is permitted to withdraw.

The last known address for Israel Vasquez is, 2781 S. Lakeview, Cedar Hill, Texas 75104.

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his motion to withdraw on the face of this pleading or in the alternative, set this motion for a hearing.

Respectfully Submitted,

_____
Michael J. Todd
Texas State Bar Number: 20098600
700 N. Pearl Street, Suite 2170
Dallas, Texas 75201
Telephone:   (214) 630-8633
Fax:   (214) 748-4348
E-mail:   todd@toddlaw.org

Attorney for the Defendant,
Israel Vasquez

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Motion to Allow to Withdrawl of Counsel was electronically delivered to Dan Guess, Assistant United States Attorney, on the 1st day of February 2012.

_____
Michael J. Todd